No. 765. GALLICK v. BALTIMORE & OHIO RAILROAD Co. Court of Appeals of Ohio, Cuyahoga County. Certiorari granted. *Marshall I. Nurenberg* and *Meyer A. Cook* for petitioner. *Raymond T. Jackson* and *Alexander H. Hadden* for respondent.

No. 582. LLOYD BRASILEIRO PATRIMONIO NACIONAL v. MURPHY-COOK & Co. C. A. 3d Cir. Certiorari denied. *T. E. Byrne, Jr.* for petitioner.

No. 612. SPEICE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Julius Lucius Echeles* for petitioner. *William G. Clark,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 651. RHODES v. SIGLER. Supreme Court of Nebraska. Certiorari denied. Petitioner *pro se. Clarence A. H. Meyer,* Attorney General of Nebraska, and *Cecil S. Brubaker,* Assistant Attorney General, for respondent.

No. 723. ESTATE OF ARENTS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Sidney W. Davidson* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, I. Henry Kutz* and *Carolyn R. Just* for respondent.